Submitted on record and appellant's brief July 12, reversed and remanded August 29, 1977

STATE OF OREGON, *Appellant,*
*v.*
MELVIN ROY DELAURA, *Respondent.*
(No. DA 129103, CA 8163)

567 P2d 1093

James A. Redden, Attorney General, W. Michael Gillette, Solicitor General, and W. Benny Won, Assistant Attorney General, Salem, filed the brief for appellant.

No appearance for respondent.

Before Schwab, Chief Judge, and Tanzer and Johnson, Judges.

PER CURIAM.

Reversed and remanded. *Oregon v. Mathiason,* 429 US 492, 97 S Ct 711, 50 L Ed 2d 714 (1977).